# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-15785-AMC

CARL THOMPSON
ROSALYN R THOMPSON
528 HOWARD AVENUE

LANCASTER, PA 17602

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    CARL THOMPSON
    ROSALYN R THOMPSON
    528 HOWARD AVENUE

    LANCASTER, PA 17602

**Counsel for debtor(s), by electronic notice only.**
    ALAINE GRBACH
    675 ESTELLE DR

    LANCASTER, PA 17601-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA 19107

        /s/ William C. Miller

Date: 12/6/2017

        _____
        William C. Miller, Esquire
        Chapter 13 Standing Trustee