# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re   Carl Thompson
        Rosalyn R. Thompson                                              Case No.   17-15785
                                       Debtor(s)                         Chapter    13

## MOTION TO CONVERT CASE FROM CHAPTER 13 TO CHAPTER 7

Pursuant to 11 U.S.C. § 1307(a), the above-named Debtor(s) requests that this court enter an Order converting this case under Chapter 13 to a case under Chapter 7 of the Bankruptcy code (title 11 of the United States Code), on the grounds set forth below.

1.  On __August 28, 2017__, the above-named Debtor(s) filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code.

2.  This case has not been previously converted.

WHEREFORE, Debtor(s) prays for an Order converting this case under Chapter 13 to Chapter 7 of the Bankruptcy Code.

Date   January 25, 2018           Signature   /s/ Carl Thompson
                                              Carl Thompson
                                              Debtor

Date   January 25, 2018           Signature   /s/ Rosalyn R. Thompson
                                              Rosalyn R. Thompson
                                              Joint Debtor

Attorney   /s/ Alaine V. Grbach
           Alaine V. Grbach 45485

Alaine V. Grbach, Esquire
675 REAR Estelle Drive
Lancaster, PA 17601
717-898-8402
Fax: 1-866-928-4707
avgrbach@aol.com