United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                               Case No. 17-15785-amc
Carl Thompson                                                        Chapter 7
Rosalyn R. Thompson
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Lisa              Page 1 of 2            Date Rcvd: Jan 30, 2018
                              Form ID: 309A           Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2018.
```
db/jdb         +Carl Thompson,    Rosalyn R. Thompson,    528 Howard Avenue,    Lancaster, PA 17602-4422
13974230       +AARONS,    1509 LITITZ PIKE,    Lancaster, PA 17601-6524
13974231       #+CARDIAC CONSULTANTS PC,    2112 HARRISBURG PIKE,    SUITE 100,    P.O. BOX 3200,
                 Lancaster, PA 17604-3200
13974234        COMCAST CABLE,    P.O. BOX 3005,    Southeastern, PA 19398-3005
13974235       +CREDIT ACCEPTANCE,    P O BOX 3005,    Southfield, MI 48037-3005
13974233       +City of Lancaster,    P. O. Box 1599,    Lancaster, PA 17608-1599
13974709       +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,    Southfield MI 48034-8331
13974237        DIRECTV,    PO BOX 5007,    Carol Stream, IL 60197-5007
13974238       +FAMILY PRACTICE ASSOCIATES OF EXTON &,    MARSHALLTON, P.C.,    770 WEST LINCOLN HIGHWAY,
                 Exton, PA 19341-2547
13974240       +KML LAW GROUP, P.C.,    SUITE 5000 BNY MELLON INDEPENDENCE CENTE,    701 MARKET STREET,
                 Philadelphia, PA 19106-1538
13974241       +LANCASTER COUNTY TAX CLAIM,    150 NORTH QUEEN STREET SUITE 122,    Lancaster, PA 17603-3562
13974242        LANCASTER EMERGENCY ASSOCIATES,    P O BOX 417113,    Boston, MA 02241-7113
13974243        LANCASTER GENERAL HEALTH,    PO BOX 824809,    Philadelphia, PA 19182-4809
14001945       ++LENDMARK FINANCIAL SERVICES LLC,    2118 USHER STREET,    COVINGTON GA 30014-2434
                 (address filed with court: Lendmark Financial Services, LLC,    2118 Usher Street,
                 Covington GA 30014)
13976186       +Lancaster County Tax Claim Bureau,    c/o Matthew Bleacher,    Nikolaus & Hohenadel LLP,
                 212 N. Queen St.,    Lancaster, PA 17603-3512
14012980       +Lancaster Gen Hospital,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,
                 Dallas, TX 75380-0849
13974244        MERCANTILE ADJUSTMENT BUREAU, LLC,    PO BOX 9055,    Buffalo, NY 14231-9055
13974248        PPL ELECTRIC UTILITIES,    PO BOX 25222,    Lehigh Valley, PA 18002-5222
14011204       +U.S. Bank NA,    c/o Matteo S. Weiner, Esq.,    KML Law Group PC,    701 Market St., Ste. 5000,
                 Phila., PA 19106-1541
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: avgrbach@aol.com Jan 31 2018 01:45:59      ALAINE V. GRBACH,
                 Alaine V. Grbach, Esquire,    675 Estelle Drive,    Lancaster, PA   17601
tr             +EDI: BCCSHUBERT.COM Jan 31 2018 01:43:00      CHRISTINE C. SHUBERT,    821 Wesley Avenue,
                 Ocean City, NJ 08226-3622
smg             E-mail/Text: bankruptcy@phila.gov Jan 31 2018 01:46:44      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 31 2018 01:46:41      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust             E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Jan 31 2018 01:46:33      United States Trustee,
                 Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
13974232        E-mail/Text: nailda@centralcreditaudit.com Jan 31 2018 01:47:04      CENTRAL CREDIT AUDIT,
                 P O BOX 735,    Sunbury, PA 17801-0735
13974236       +EDI: CCS.COM Jan 31 2018 01:43:00      CREDIT COLLECTIONS SERVICES,    TWO WELLS AVENUE,
                 Newton Center, MA 02459-3246
13974239        EDI: IRS.COM Jan 31 2018 01:43:00      Dept. of the Treasury,    INTERNAL REVENUE SERVICE,
                 PO BOX 7346,    Philadelphia, PA 19101-7346
13974246       +Fax: 407-737-5634 Jan 31 2018 08:32:09      OCWEN LOAN SERVICING,    1661 WORTHINGTON STREET,
                 West Palm Beach, FL 33409-6493
13974247       +E-mail/Text: blegal@phfa.org Jan 31 2018 01:46:34      PA HOUSING FINANCE AGENCY,    PO BOX 15057,
                 Harrisburg, PA 17105-5057
13976728       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 31 2018 01:46:20
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
14036321       +E-mail/Text: blegal@phfa.org Jan 31 2018 01:46:34      U.S. Bank National Association,
                 c/o Pennsylvania Housing Finance Agency,    211 North Front Street,    Harrisburg, PA 17101-1406
13974249        EDI: VERIZONWIRE.COM Jan 31 2018 01:43:00      VERIZON WIRELESS,    P O BOX 25505,
                 Lehigh Valley, PA 18002-5505
14008958        EDI: AIS.COM Jan 31 2018 01:43:00      Verizon,   by American InfoSource LP as agent,
                 PO Box 248838,    Oklahoma City, OK   73124-8838
                                                                                              TOTAL: 14

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13974245        MOUNTVILLE MOTORS
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
                                                                                   TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: Lisa             Page 2 of 2            Date Rcvd: Jan 30, 2018
                              Form ID: 309A          Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2018                        Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 30, 2018 at the address(es) listed below:
```
              ALAINE V. GRBACH    on behalf of Debtor Carl  Thompson avgrbach@aol.com
              ALAINE V. GRBACH    on behalf of Joint Debtor Rosalyn R. Thompson avgrbach@aol.com
              CHRISTINE C. SHUBERT    christine.shubert@comcast.net, J100@ecfcbis.com
              KEVIN G. MCDONALD    on behalf of Creditor   U.S. Bank National Association et. al.
               KMcDonald@blankrome.com
              LEON P. HALLER    on behalf of Creditor   Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   U.S. Bank National Association et. al.
               bkgroup@kmllawgroup.com
              MATTHEW S BLEACHER    on behalf of Creditor   Lancaster County Tax Claim Bureau
               mbleacher@n-hlaw.com, bsolodky@n-hlaw.com;jsimmerok@n-hlaw.com;dpeiffer@n-hlaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 8
```

| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **Carl Thompson** | Social Security number or ITIN | xxx–xx–2205 |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Rosalyn R. Thompson** | Social Security number or ITIN | xxx–xx–9547 |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | Date case filed in chapter **13** | **8/28/17** |
| Case number: | **17–15785–amc** | Date case converted to chapter **7** | **1/29/18** |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15
**\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\***

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Carl Thompson | Rosalyn R. Thompson |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 528 Howard Avenue<br>Lancaster, PA 17602 | 528 Howard Avenue<br>Lancaster, PA 17602 |
| 4. | **Debtor's attorney**<br>Name and address | ALAINE V. GRBACH<br>Alaine V. Grbach, Esquire<br>675 Estelle Drive<br>Lancaster, PA 17601 | Contact phone (717) 898–8402<br>Email: avgrbach@aol.com |
| 5. | **Bankruptcy trustee**<br>Name and address | CHRISTINE C. SHUBERT<br>821 Wesley Avenue<br>Ocean City, NJ 08226 | Contact phone (609) 938–4191<br>Email: christine.shubert@comcast.net |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1

Debtor **Carl Thompson** and **Rosalyn R. Thompson**                                                                Case number **17−15785−amc**

| 6. **Bankruptcy clerk's office** <br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Office Hours: <u>Philadelphia Office −− 8:30 A.M. to 5:00 P.M Reading Office −− 8:00 A.M. to 4:30 P.M.</u><br><br>Contact phone (215)408−2800<br><br>Date: 1/30/18 |
|---|---|---|
| 7. **Meeting of creditors** <br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **March 6, 2018 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**28 E. Orange Street, Auditorium, 2nd Floor, Lancaster, PA 17602** |
| 8. **Presumption of abuse** <br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| 9. **Deadlines** <br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** 5/5/18 |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. **Proof of claim** <br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case −− No Proof of Claim Deadline**                                         page **2**