United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-15785-amc
Carl Thompson                                                         Chapter 7
Rosalyn R. Thompson
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Antoinett        Page 1 of 2        Date Rcvd: Feb 01, 2018
                            Form ID: 210U          Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 03, 2018.
```
db/jdb         +Carl Thompson,    Rosalyn R. Thompson,    528 Howard Avenue,    Lancaster, PA 17602-4422
cr              Lancaster County Tax Claim Bureau,    150 N. Queen St.,    P. O. Box 1447,
                 Lancaster, PA 17608-1447
13974230       +AARONS,    1509 LITITZ PIKE,    Lancaster, PA 17601-6524
13974231      #+CARDIAC CONSULTANTS PC,    2112 HARRISBURG PIKE,    SUITE 100,    P.O. BOX 3200,
                 Lancaster, PA 17604-3200
13974234        COMCAST CABLE,    P.O. BOX 3005,    Southeastern, PA 19398-3005
13974235       +CREDIT ACCEPTANCE,    P O BOX 3005,    Southfield, MI 48037-3005
13974233       +City of Lancaster,    P. O. Box 1599,    Lancaster, PA 17608-1599
13974709       +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,    Southfield MI 48034-8331
13974237        DIRECTV,    PO BOX 5007,    Carol Stream, IL 60197-5007
13974238       +FAMILY PRACTICE ASSOCIATES OF EXTON &,    MARSHALLTON, P.C.,    770 WEST LINCOLN HIGHWAY,
                 Exton, PA 19341-2547
13974240       +KML LAW GROUP, P.C.,    SUITE 5000 BNY MELLON INDEPENDENCE CENTE,    701 MARKET STREET,
                 Philadelphia, PA 19106-1538
13974241       +LANCASTER COUNTY TAX CLAIM,    150 NORTH QUEEN STREET SUITE 122,    Lancaster, PA 17603-3562
13974242        LANCASTER EMERGENCY ASSOCIATES,    P O BOX 417113,    Boston, MA 02241-7113
13974243        LANCASTER GENERAL HEALTH,    PO BOX 824809,    Philadelphia, PA 19182-4809
14001945      ++LENDMARK FINANCIAL SERVICES LLC,    2118 USHER STREET,    COVINGTON GA 30014-2434
                (address filed with court: Lendmark Financial Services, LLC,      2118 Usher Street,
                 Covington GA 30014)
13976186       +Lancaster County Tax Claim Bureau,    c/o Matthew Bleacher,    Nikolaus & Hohenadel LLP,
                 212 N. Queen St.,    Lancaster, PA 17603-3512
14012980       +Lancaster Gen Hospital,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,
                 Dallas, TX 75380-0849
13974244        MERCANTILE ADJUSTMENT BUREAU, LLC,    PO BOX 9055,    Buffalo, NY 14231-9055
13974248        PPL ELECTRIC UTILITIES,    PO BOX 25222,    Lehigh Valley, PA 18002-5222
14011204       +U.S. Bank NA,    c/o Matteo S. Weiner, Esq.,    KML Law Group PC,    701 Market St., Ste. 5000,
                 Phila., PA 19106-1541
13974249        VERIZON WIRELESS,    P O BOX 25505,    Lehigh Valley, PA 18002-5505
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Feb 02 2018 04:42:38      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 02 2018 04:42:23      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: blegal@phfa.org Feb 02 2018 04:42:16      Pennsylvania Housing Finance Agency,
                 211 N. Front Street,    Harrisburg, PA 17101,    U.S.A. 17101-1406
13974232        E-mail/Text: nailda@centralcreditaudit.com Feb 02 2018 04:42:55      CENTRAL CREDIT AUDIT,
                 P O BOX 735,    Sunbury, PA 17801-0735
13974236       +E-mail/Text: bankruptcy_notifications@ccsusa.com Feb 02 2018 04:42:52
                 CREDIT COLLECTIONS SERVICES,    TWO WELLS AVENUE,    Newton Center, MA 02459-3246
13974239        E-mail/Text: cio.bncmail@irs.gov Feb 02 2018 04:41:46      Dept. of the Treasury,
                 INTERNAL REVENUE SERVICE,    PO BOX 7346,    Philadelphia, PA 19101-7346
13974246       +Fax: 407-737-5634 Feb 02 2018 05:38:57      OCWEN LOAN SERVICING,    1661 WORTHINGTON STREET,
                 West Palm Beach, FL 33409-6493
13974247       +E-mail/Text: blegal@phfa.org Feb 02 2018 04:42:15      PA HOUSING FINANCE AGENCY,    PO BOX 15057,
                 Harrisburg, PA 17105-5057
13976728       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 02 2018 04:42:02
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
14036321       +E-mail/Text: blegal@phfa.org Feb 02 2018 04:42:15      U.S. Bank National Association,
                 c/o Pennsylvania Housing Finance Agency,    211 North Front Street,    Harrisburg, PA 17101-1406
14008958        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 02 2018 04:54:26      Verizon,
                 by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK 73124-8838
                                                                                              TOTAL: 11
```

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
13974245        MOUNTVILLE MOTORS
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
                                                                                TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2           User: Antoinett              Page 2 of 2                   Date Rcvd: Feb 01, 2018
                               Form ID: 210U                Total Noticed: 32
```

          ***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 1, 2018 at the address(es) listed below:
              ALAINE V. GRBACH    on behalf of Debtor Carl  Thompson avgrbach@aol.com
              ALAINE V. GRBACH    on behalf of Joint Debtor Rosalyn R. Thompson avgrbach@aol.com
              CHRISTINE C. SHUBERT    christine.shubert@comcast.net, J100@ecfcbis.com
              KEVIN G. MCDONALD    on behalf of Creditor   U.S. Bank National Association et. al.
               KMcDonald@blankrome.com
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   U.S. Bank National Association et. al.
               bkgroup@kmllawgroup.com
              MATTHEW S BLEACHER    on behalf of Creditor    Lancaster County Tax Claim Bureau
               mbleacher@n-hlaw.com, bsolodky@n-hlaw.com;jsimmerok@n-hlaw.com;dpeiffer@n-hlaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 8

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Carl Thompson and Rosalyn R. Thompson                Case No: 17−15785−amc

    Debtor(s)

_____

### CLERK'S NOTICE RE: PRESUMPTION OF ABUSE

To the debtor, debtor's counsel, interim trustee, creditors and all parties in interest,

NOTICE is hereby given, in accordance with 11 U.S.C. §342(d):

This is a Chapter 7 case of an individual with primarily consumer debts and insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified under F.R.B.P 5008.

For The Court

Dated: 2/1/18

Timothy B. McGrath
Clerk of Court

32
Form 210U