# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Carl Thompson<br>Rosalyn R. Thompson<br>　　　　　　　　　　Debtor(s) | CHAPTER 7 |
| U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY)<br>　　　　　　　　　　Movant<br>　　　vs. | NO. 17-15785 AMC<br><br>11 U.S.C. Section 362 |
| Carl Thompson<br>Rosalyn R. Thompson<br>　　　　　　　　　　Debtor(s)<br><br>Christine C. Shubert<br>　　　　　　　　　　Trustee | |

## ORDER

AND NOW, this 5th day of March, 2018 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362), is modified with respect to the subject premises located at 528 Howard Avenue, Lancaster, PA 17602 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Ashely M. Chan
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

Carl Thompson
528 Howard Avenue
Lancaster, PA 17602

Rosalyn R. Thompson
528 Howard Avenue
Lancaster, PA 17602

Alaine V. Grbach, 675 Estelle Drive
Lancaster, PA 17601

Christine C. Shubert
821 Wesley Avenue
Ocean City, NJ 08226

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532