IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:
CARL THOMPSON                                        Chapter 7
ROSALYN THOMPSON

                                                     Case No. 17-15785-AMC
            Debtor(s)

STIPULATION AND CONSENT ORDER EXTENDING THE TIME TO FILE A
MOTION UNDER SECTION 707 AND/OR COMPLAINT UNDER SECTION 727
OR 523

AND NOW, this _____ day of _____ 20\_\_\_, upon agreement between the Chapter 7 Trustee, Christine Shubert, and the Debtor, through Debtor's counsel, Grbach, Alaine V., Esquire:

IT IS HEREBY AGREED that the time for the U.S. Trustee or Chapter 7 Trustee to file a Motion to dismiss under section 707(b) and/or any creditor to file a Complaint to Deny Discharge under section 727 and/or 523, is hereby extended to July 2, 2018..

IT IS FURTHER AGREED that the time for the Chapter 7 Trustee, The United States Trustee or any creditor to object to exemptions is hereby extended to July 2, 2018.


/s/ Grbach, Alaine V.

Grbach, Alaine V., Esquire Counsel for the Debtor

/s/ Christine Shubert

Christine Collins Shubert, Chapter 7 Trustee

Document      Page 2 of 2

IT IS HEREBY ORDERED

DATED: _____         _____
                                      Honorable ASHELY M. CHAN
                                      Bankruptcy Judge