Certificate Number: 16339-PAE-DE-031125199

Bankruptcy Case Number: 17-15785



16339-PAE-DE-031125199

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 3, 2018, at 8:00 o'clock PM EDT, Carl Thompson completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   June 3, 2018             By:    /s/Kelley Tipton

                                 Name:  Kelley Tipton

                                 Title: Certified Financial Counselor