Certificate Number: 16339-PAE-DE-031125200

Bankruptcy Case Number: 17-15785



16339-PAE-DE-031125200

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 3, 2018, at 8:00 o'clock PM EDT, Rosalyn Thompson completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  June 3, 2018         By:   /s/Kelley Tipton

　　　　　　　　　　　　　　Name: Kelley Tipton

　　　　　　　　　　　　　　Title: Certified Financial Counselor