United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Carl Thompson  
Rosalyn R. Thompson  
    Debtors

Case No. 17-15785-amc  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Randi     Page 1 of 1     Date Rcvd: Jul 11, 2018  
                         Form ID: 195     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2018.  
db/jdb       +Carl Thompson,    Rosalyn R. Thompson,    528 Howard Avenue,    Lancaster, PA 17602-4422

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 11, 2018 at the address(es) listed below:
- ALAINE V. GRBACH    on behalf of Debtor Carl Thompson avgrbach@aol.com
- ALAINE V. GRBACH    on behalf of Joint Debtor Rosalyn R. Thompson avgrbach@aol.com
- CHRISTINE C. SHUBERT    christine.shubert@comcast.net, J100@ecfcbis.com
- CHRISTINE C. SHUBERT    on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net, J100@ecfcbis.com
- KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association et. al. bkgroup@kmllawgroup.com
- LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com
- MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank National Association et. al. bkgroup@kmllawgroup.com
- MATTHEW S BLEACHER    on behalf of Creditor    Lancaster County Tax Claim Bureau mbleacher@n-hlaw.com, bsolodky@n-hlaw.com;jsimmerok@n-hlaw.com;dpeiffer@n-hlaw.com
- United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

                                                                         TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 7

Carl Thompson and Rosalyn R. Thompson  : Case No. 17−15785−amc
      Debtor(s)

***ORDER***
_____

    AND NOW, this day , July 11, 2018 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

                              By The Court

                              Ashely M. Chan
                              Judge , United States Bankruptcy Court